UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                              CASE NO. 05 B 27018
  MICHAEL L TRAVIS
  CORA TRAVIS                       CHAPTER 13

                                    JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-2114    SSN XXX-XX-8239
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/07/05 and confirmed on 12/16/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  39001.02 .

     4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | 14513.60 | .00 | 14513.60 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 9910.86 | .00 | 9910.86 |
| ADVANTAGE AUTO SALES INC | SECURED VEHIC | 3979.35 | 614.71 | 3979.35 |
| ADVANTAGE AUTO SALES INC | SECURED VEHIC | 1883.00 | 171.25 | 1883.00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 1343.00 | 284.90 | 1343.00 |
| AQUA FINANCE | SECURED | 759.85 | .00 | 759.85 |
| ADVANCE MED & WELLNESS | UNSECURED | NOT FILED | .00 | .00 |
| ADVANTAGE AUTO SALES INC | UNSECURED | NOT FILED | .00 | .00 |
| AQUA FINANCE INC | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| BUREAU OF ACCOUNT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| CAINE & WEINER | UNSECURED | NOT FILED | .00 | .00 |
| THE CASH STORE LTD | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 2402.54 | .00 | 2402.54 |
| DONALD C DONAGHER JR | UNSECURED | NOT FILED | .00 | .00 |
| FIDELITY NATIONAL CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| HOSPITAL RADIOLOGY SRV | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LINCARE | UNSECURED | NOT FILED | .00 | .00 |
| PERU ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| RETRIEVAL MASTERS | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | 429.12 | .00 | 429.12 |
| TERRY MONROE INC | UNSECURED | NOT FILED | .00 | .00 |
| KIDCARE | UNSECURED | NOT FILED | .00 | .00 |
| TRANSWORLD SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |

US DEPT OF EDUCATION       UNSECURED       NOT FILED              .00              .00
            Summary of disbursements:
--------------------------------------------------------------------------------

                    SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
--------------------------------------------------------------------------------

TOTAL CLMS ALLOWED   32389.66         .00      2831.66         .00    35221.32
PRINCIPAL PAID       32389.66         .00      2831.66         .00    35221.32
INTEREST PAID         1070.86         .00          .00         .00     1070.86
TOTAL PAID           33460.52         .00      2831.66         .00    36292.18
The Debtor's attorney, REGINALD S STANMAR             , was allowed $       .00
and was paid $      .00 .

The Trustee received $   1478.08 .

Refunds to the Debtor totaled $   1230.76 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/15/07               /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE